UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                      Plaintiff,<br>      v.<br>BRISTOL-MYERS SQUIBB COMPANY,<br>*et al.*,<br>                    Defendants | Civ. No. 5:25-cv-904 (DNH/ML)<br><br>**UNOPPOSED MOTION TO ENTER CONSENT DECREE** |

The United States of America, on behalf of the United States Environmental Protection Agency ("EPA"), respectfully moves for entry of the proposed Consent Decree lodged with the Court on July 10, 2025. (DN 2 & 3.) In support of this Motion, the United States submits the accompanying memorandum of law and states as follows:

On July 10, 2025, the United States filed a complaint in this matter against 15 defendants. (DN 1). The United States seeks recovery under section 107 of the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA"), 42 U.S.C. § 107, of its past response costs at the Upper Ley Creek Subsite ("Site") of the Onondaga Lake Superfund Site, located in Salina and Dewitt, New York. On the same day it filed its complaint, the United States also lodged a proposed consent decree with the Court pending a period for public comment. The public comment period has ended and no comments were received.

The proposed consent decree provides for the 15 settling defendants to pay $12.7 million to EPA and for Plaintiff, the United States, to provide the settling defendants with covenants not to sue regarding the Site.

The consent decree also addresses some of the claims filed in a related matter captioned *EPLET, LLC,, et al., v. National Grid USA, et al.*, Case No. 5:18-cv-01267 ("EPLET Matter"). The consent decree requires the plaintiffs in that matter and the 15 settling defendants in this

matter who also are defendants in the EPLET Matter to dismiss their claims with prejudice against each other.

The United States submits that the consent decree is fair, reasonable, and consistent with the goals of CERCLA. The United States respectfully requests, for the reasons set forth in the accompanying memorandum, that the Court approve and enter the proposed consent decree.

As provided in Paragraph 43 of the consent decree, the settling defendants do not oppose entry of the consent decree.

                          Respectfully submitted,

MARK GALLAGHER
Digitally signed by MARK GALLAGHER
Date: 2025.08.19 17:30:07 -04'00'

Mark Gallagher
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Enforcement Section
Washington, D.C. 20044-7611
(202) 532-3321
mark.gallagher@usdoj.gov


John A. Sarcone III
United States Attorney
Northern District of New York



John D. Hoggan, Jr.
Assistant United States Attorney
Northern District of New York
445 Broadway, Room 218
Albany, New York 12207

2

Of Counsel:

James Doyle, Team Leader
Sarena Malsin, Assistant Regional Counsel
Office of Regional Counsel
U.S. Environmental Protection Agency, Region 2
290 Broadway
New York, NY 10007-1866